IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>ARIEL ROSADO-VAZQUEZ<br>Defendant | CRIMINAL 11-0558CCC |

**ORDER**

Having considered the Report and Recommendation filed on April 17, 2012 (**docket entry 26**) on a Rule 11 proceeding of defendant Ariel Rosado-Vázquez held before U.S. Magistrate Judge Marcos E. López on April 10, 2012, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since April 10, 2012. The **sentencing hearing is set for July 11, 2012 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on May 23, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge